**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
e-mail: vshjah@aol.com

Attorney for Defendant
**MARCUS ATTWOOD**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **MARCUS ATTWOOD**, ) <br> ) <br> Defendants. ) <br> _____ ) | **CR-S-04-0258 GEB** <br><br> **ORDER** |

GOOD CAUSE APPEARING, and based upon the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference scheduled herein for May 6, 2005, is vacated. A new status conference is scheduled for June 3, 2005. For the reasons specified in the stipulation of the parties, time is excluded, under the Speedy Trial Act, until June 3, 2005.

Dated: May 6, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge