**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: (916) 444-1546
e-mail: vshjah@aol.com

Attorney for Defendant
**MARCUS ATTWOOD**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | ) ) ) | Cr.S-04-0258 GEB |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| **MARCUS ATTWOOD**, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

Based upon the application of defendant, Marcus Attwood, and the Parties' Stipulation, the hearing previously scheduled herein for June 3, 2005, is reset for July 22, 2005, at 9:00a.m.  Further, for the reasons set forth in the Parties' Stipulation time is excluded herein from June 3, 2005, until July 22, 2005.

Dated: June 3, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge