| | |
|---|---|
| 1 | **VICTOR S. HALTOM** |
|   | Attorney at Law |
| 2 | State Bar No. 155157 |
|   | 428 J Street, Suite 350 |
| 3 | Sacramento, CA 95814 |
|   | Telephone: (916) 444-8663 |
| 4 | Facsimile: (916) 444-1546 |
|   | e-mail: vshjah@aol.com |
| 5 | |
|   | Attorney for Defendant |
| 6 | **MARCUS ATTWOOD** |

FILED

JUL 2 5 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | Cr.S-04-0258 GEB |
| Plaintiff, | **ORDER** |
| v. | |
| MARCUS ATTWOOD, | |
| Defendant. | |

Based upon the application of defendant, Marcus Attwood, and the stipulation of the parties, it is hereby ordered that the hearing previously scheduled herein for July 22, 2005, shall be vacated and a new hearing shall be set for August 19, 2005. Furtheremore, for the reasons set forth in the stipulation of the parties, it is ORDERED that time is excluded herein from July 22, 2005, until August 19, 2005.*/

DATE: July 21, 2005

_/s/ HON. GARLAND E. BURRELL, JR._
United States District Court Judge

*/   In light of the parties' stipulation, time is excluded under Local Code T4.