1  Jesse S. Ortiz III (CA Bar Assn. No. 176450)
   **Law Office of Jesse S. Ortiz III**
2  1107 9th Street, Suite 1025
   Sacramento, CA 95814
3  Telephone: (916) 444-3971
   Facsimile:   (916) 444-3975
4
   Attorney for Defendant
5       Marcus Attwood

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES,              )   Case No.: 04-CR-258-GEB
                                 )
12 |       Plaintiff,             )   **SUBSTITUTION OF**
                                 )   **ATTORNEYS**
13 | v.                           )
                                 )
14 | MARCUS ATTWOOD,              )
                                 )
15 |       Defendant.             )
   |_____)

16

17 TO THE CLERK OF THE COURT AND THE UNITED STATES ATTORNEY:

18        Defendant Marcus Attwood hereby substitutes Jesse S. Ortiz III, 1107 9th Street, Suite

19 1025, Sacramento, California 95814, Telephone: (916) 444-3971, in place of Victor S. Haltom as

20 his attorney of record in the above-captioned matter.

21

22 Dated: August 18, 2005                    /s/ Jesse S. Ortiz III
                                             Victor S. Haltom
23

24 Dated: August 18, 2005                    /s/ Jesse S. Ortiz IIII
                                             Jesse S. Ortiz III
25

26 Dated: August 18, 2005                    /s/ Jesse S. Ortiz III
                                             Marcus Attwood
27

28

### **ORDER**

**GOOD CAUSE APPEARING IT IS SO ORDERED**, that Jesse S. Ortiz III shall be substituted in as the attorney of record for Defendant Marcus Attwood in the place of Victor S. Haltom.

```
DATED:  September 6, 2005
```

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge