```
1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Executive Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2798

5  Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>             ) | Cr. No. S-04-258 GEB |
| Plaintiff,  )<br>             ) | APPLICATION AND ORDER FOR<br>WRIT OF HABEAS CORPUS AD |
| v.  )<br>             ) | PROSEQUENDUM |
| MARCUS ATTWOOD,  )<br>             ) | |
| Defendant.  )<br>_____) | |

      COMES NOW the United States of America by the United States Attorney and represents and shows:

      That there is now detained in Sacramento County Jail, 651 I Street, Sacramento, California 95814, in the custody of the Warden, Sheriff or Jailor thereof, the defendant in the above-entitled case, which case will be called for arraignment and plea, and for such other proceedings as may be proposed on the Forthwith day of September, 2005, at the hour of 2:00 p.m., and that it is necessary to have the defendant present in the courtroom of the Honorable Gregory G. Hollows, United States Magistrate Judge, of the United States District Court, Eighth Floor, Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, California; and in order to

1 secure the presence of the defendant it is necessary that a Writ of
2 Habeas Corpus ad Prosequendum be issued commanding the Warden,
3 Sheriff or Jailor to produce the defendant in Court on said date and
4 at such other dates as may be necessary in order to procure the
5 defendant's presence for his arraignment, plea and all other
6 proceedings incident thereto.

7     WHEREFORE, your petitioner prays for an order directing the
8 issuance of a Writ of Habeas Corpus ad Prosequendum out of and under
9 the seal of this Court, directed to the Warden, Sheriff or Jailor,
10 commanding him to have and produce the above-named defendant in the
11 United States District Court at said time, and then and there to
12 present the defendant before the Court and from day to day
13 thereafter as may be necessary, and at the termination of the
14 proceedings against the defendant to return defendant to the custody
15 of the Warden, Sheriff or Jailor.

DATED: September 20, 2005
                                    McGREGOR W. SCOTT
                                    United States Attorney


                               By:  /S/ Carolyn K. Delaney
                                    CAROLYN K. DELANEY
                                    Executive Assistant
                                    United States Attorney


                    O R D E R

    Upon reading and filing the foregoing application in that behalf;

    IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum issue as prayed for herein.

DATED: 9/22/05                      /s/ Gregory G. Hollows
                                    _____
                                    HONORABLE GREGORY G. HOLLOWS
attwood.ord                         United States Magistrate Judge