RICHARD THOMAS DUDEK (SBN 149365)
THE COCHRAN FIRM CRIMINAL DEFENSE SECTION, PC
901 H. Street, Suite 208
Sacramento, CA 95814
916-444-7595
Richdudek@sbcglobal.net

ATTORNEY FOR DEFENDANT,
Marcus Attwood

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| UNITED STATES OF AMERICA<br>　　　　　Plaintiff,<br><br>　vs.<br><br>MARCUS ATTWOOD<br>　　　　　Defendant | Case No.: 2:04-cr-00258-GEB-ALL<br><br>STIPULATION FOR SUBSTITUTION OF ATTORNEY<br>And {proposed} ORDER |
|---|---|

Defendant Marcus Attwood hereby stipulates that this court should allow him to substitute

in attorney Richard Dudek of The Cochran Firm Criminal Defense Section, PC as his

retained counsel in place of his current attorney Jessie Ortiz.

I consent to this substitution:

Dated: October 20, 2005                 /s/ Marcus Attwood by Richard Dudek
                                         Marcus Attwood

I consent to this substitution:

Dated: October 20, 2005                 /s/ Jessie Ortiz by Richard Dudek
                                         Jessie Ortiz

1  I consent to this substitution:

2  Dated: October 20, 2005 /s/ Richard Dudek
3  Richard Dudek
   The Cochran Firm
4  Criminal Defense Section, PC.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>vs.<br><br>MARCUS ATTWOOD<br>         Defendant | Case No.: 2:04-cr-00258-GEB-ALL<br><br>{proposed} ORDER |

ORDER

Good cause having been found this Court hereby substitutes in attorney Richard Dudek of the Cochran Firm Criminal Defense Section, PC as defendant Marcus Attwood's attorney of record in place of previous attorney Jessie Ortiz.

DATED:  October 21, 2005             /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

3