1  McGREGOR W. SCOTT
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney                        **FILED**
3  Suite 10-100
   501 I Street                                    JAN 2 0 2006
4  Sacramento, California  95814
   Telephone:  (916) 554-2798
                                        **CLERK, U.S. DISTRICT COURT**
5                                       **EASTERN DISTRICT OF CALIFORNIA**
                                        BY _____
6                                                    DEPUTY CLERK

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )   CR. S. NO. 04-258 GEB
                                    )
12                Plaintiff,        )
                                    )
13       v.                         )
                                    )   ORDER TO RELEASE DEFENDANT ON
14                                  )   HIS OWN RECOGNIZANCE
                                    )
15  MARCUS ATTWOOD,                 )
                                    )
16                Defendant.        )
                                    )
17  _____)

                           **ORDER**
18
         Having considered the government's motion to release the
19
    defendant on his own recognizance, it is hereby ORDERED that the
20
    United States Marshals Service release the defendant forthwith
21
    from their custody.
22

23  Dated: Jan. 20    , 2006
24                                  GREGORY G. HOLLOWS
25                                  _____
                                    Honorable Gregory G. Hollows
26                                  United States Magistrate Judge

27

28

                                    1