1 McGREGOR W. SCOTT
United States Attorney
2 CAROLYN K. DELANEY
Assistant U.S. Attorney
3 Suite 10-100
501 I Street
4 Sacramento, California  95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S. NO. 04-258 GEB |
| Plaintiff, | |
| v. | PROPOSED ORDER |
| MARCUS ATTWOOD, | |
| Defendant. | |

**ORDER**

Having considered the government's motion to dismiss the Indictment, it is hereby ORDERED that the Indictment be dismissed.

Dated: January 25, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge